AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Saylor, F. Dennis IV | 2. Court or Organization  U.S. District Court, Mass. | 3. Date of Report  05/05/2008 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge

**5a. Report Type** (check appropriate type)

- [ ] Nomination,     Date
- [ ] Initial    [✓] Annual    [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2007
to
12/31/2007

**7. Chambers or Office Address**

Donohue Federal Building
595 Main Street
Worcester, MA 01608

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor of Law | Boston University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2008 MAY 12 P 12: 24

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/07-12/07 | Boston University School of Law - teaching | $ 7,900.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | U.S. Department of Justice - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Russian American Rule of Law Consortium - Vermont Karelia Rule of Law Project | 10/4/07-10/12/07 | Tomsk, Russia | Judicial Exchange Program | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America | A | Interest | J | T | | | | | |
| 2. Bank of America | | None | J | T | | | | | |
| 3. Fidelity Cash Reserves | E | Dividend | N | T | | | | | |
| 4. Fidelity Cash Reserves | A | Dividend | J | T | buy | 3/29 | J | | |
| 5. Fidelity Small Cap Independence Mutual Fund | B | Dividend | K | T | | | | | |
| 6. Fidelity Mid Cap Stock Mutual Fund | B | Dividend | K | T | | | | | |
| 7. Fidelity Growth Co. Mutual Fund | A | Dividend | K | T | | | | | |
| 8. Fidelity Asset Manager 70% Mutual Fund | A | Dividend | K | T | | | | | |
| 9. Fidelity UFund 429 Plan | | None | L | T | buy | 8/30 | J | | |
| 10. | | | | | buy | 11/23 | J | | |
| 11. Fidelity UFund 429 Plan | | None | L | T | buy | 8/30 | J | | |
| 12. | | | | | buy | 11/23 | J | | |
| 13. Fidelity UFund 429 Plan | | None | L | T | buy | 8/30 | J | | |
| 14. | | | | | buy | 11/23 | J | | |
| 15. Vanguard 500 Index Mutual Fund | B | Dividend | M | T | | | | | |
| 16. Vanguard US Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 17. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | | | | | |
| 19. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | | | | | |
| 20. Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 21. Janus Worldwide Mutual Fund | A | Dividend | J | T | | | | | |
| 22. Third Avenue Value Mutual Fund | A | Dividend | J | T | | | | | |
| 23. Franklin Templeton World Fund A Mutual Fund | A | Dividend | J | T | | | | | |
| 24. T. Rowe Price New Horizons Mutual Fund | A | Dividend | J | T | | | | | |
| 25. MONY: Life Insurance Policies | A | Dividend | J | T | | | | | |
| 26. IRA Fidelity: Growth Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 27. IRA Fidelity: Contrafund Mutual Fund | A | Dividend | J | T | buy | 4/12 | J | | |
| 28. IRA Fidelity: Japan Mutual Fund | A | Dividend | J | T | | | | | |
| 29. IRA Fidelity: Puritan Mutual Fund | D | Dividend | M | T | | | | | |
| 30. IRA Fidelity: Aggressive Growth Mutual Fund | | None | | | sell | 4/24 | J | A | |
| 31. IRA Fidelity: Growth Discovery Mutual Fund | A | Dividend | K | T | | | | | |
| 32. IRA Fidelity: Magellan Mutual Fund | B | Dividend | K | T | | | | | |
| 33. IRA Fidelity: Blue Chip Growth Mutual Fund | B | Dividend | J | T | | | | | |
| 34. IRA Fidelity: Growth Discovery Fund | | None | | | sell | 4/24 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA Fidelity: Spartan 500 Index Fund | A | Dividend | K | | buy | 4/24 | K | | |
| 36. IRA Fidelity: Capital Appreciation Fund | C | Dividend | L | T | | | | | |
| 37. IRA Fidelity: Contrafund | D | Dividend | M | T | | | | | |
| 38. IRA Fidelity: Fidelity Fund | C | Dividend | L | T | | | | | |
| 39. IRA Fidelity: Mid-Cap Stock Fund | B | Dividend | J | T | | | | | |
| 40. IRA Fidelity: Real Estate Investment Fund | B | Dividend | J | T | | | | | |
| 41. IRA Fidelity: Value Fund | D | Dividend | L | T | | | | | |
| 42. IRA Fidelity: Cash Reserves | A | Dividend | J | | | | | | |
| 43. IRA Vanguard: 500 Index Mutual Fund | C | Dividend | M | | | | | | |
| 44. Commerce Bank CD | B | Interest | K | T | rollover | 6/4 | K | B | |
| 45. Countrywide Bank CD | D | Interest | M | T | rollover/sel | 8/8 | M | D | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 05/05/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544